UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AUSTIN LOUIS ROLFE,                                Case No. 6:19-cv-01261-MC

    Petitioner,                                              ORDER

v.

BRANDON KELLY,

    Respondent.
_____

MCSHANE, District Judge.

    Petitioner's unopposed Motion for Order Dismissing Without Prejudice (ECF No. 44) is GRANTED, and this action is DISMISSED without prejudice.

    Dated this 2nd day of March, 2022.

                                                       s/ Michael J. McShane
                                                       MICHAEL J. MCSHANE
                                                       United States District Judge

1    - ORDER